UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE BAKER-RILEY, | ) | No. CV 13-6992 FMO (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| JAMES SOTO, Warden | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 25, 2014

/s/
FERNANDO M. OLGUIN
United States District Judge